UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAI BENNETT,

    Plaintiff

vs.                                                   Case No: 8:23-cv-00624

HUVI, INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF RELATED ACTIONS

Plaintiff, KAI BENNETT, by and through undersigned counsel, hereby files this Notice of Related Actions pursuant to Local Rule 1.07(c) and states the following:

1.    At this time this action **IS NOT** related to any pending or closed civil or criminal case(s) filed with this Court, or any other federal or state court, or administrative agency.

                                                      Respectfully submitted,

                                                      */s/ Gary L. Printy Jr., Esq*
                                                      **Gary L. Printy, Jr**
                                                      Florida Bar No. 41956
                                                      **PRINTY & PRINTY, P.A.**
                                                      3411 W. Fletcher Ave., Suite A
                                                      Tampa, Florida 33618
                                                      Telephone (813) 434-0649
                                                      FAX (813) 423-6543
                                                      garyjr@printylawfirm.com
                                                      e-service@printylawfirm.com
                                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notice of electronic filing to all relevant parties.

*/s/ Gary L. Printy Jr., Esq*
**Gary L. Printy, Jr**
Florida Bar No. 41956
**PRINTY & PRINTY, P.A.**
3411 W. Fletcher Ave., Suite A
Tampa, Florida 33618
Telephone (813) 434-0649
FAX (813) 423-6543
garyjr@printylawfirm.com
e-service@printylawfirm.com
*Attorney for Plaintiff*