# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KAI BENNETT,

    Plaintiff

vs.                                                    Case No: 8:23-cv-00624

HUVI, INC.,

    Defendant.

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED
## PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, KIA BENNETT, by the undersigned counsel, hereby discloses the following pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.03:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- **a.    Kai Bennett, Plaintiff**
- **b.    Gary Printy, Jr., Counsel for Plaintiff**
- **c.    Printy & Printy, P.A., Counsel for Plaintiff**
- **d.    Unknown, Counsel for Defendant**
- **e.    Huvi Inc., Defendant**

    2.    The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known at this time.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Kia Bennett, Plaintiff**

5. I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

**Dated: April 21, 2023.**

        Respectfully submitted,

        */s/ Gary L. Printy Jr., Esq*
        **Gary L. Printy, Jr**
        Florida Bar No. 41956
        **PRINTY & PRINTY, P.A.**
        3411 W. Fletcher Ave., Suite A
        Tampa, Florida 33618
        Telephone (813) 434-0649
        FAX (813) 423-6543
        garyjr@printylawfirm.com
        e-service@printylawfirm.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2023, I electronically filed the foregoing with the Clerk of court using CM/ECF system, which will send notice of electronic filing to all relevant parties.

*/s/ Gary L. Printy Jr., Esq*
**Gary L. Printy, Jr**
Florida Bar No. 41956
**PRINTY & PRINTY, P.A.**
3411 W. Fletcher Ave., Suite A
Tampa, Florida 33618
Telephone (813) 434-0649
FAX (813) 423-6543
garyjr@printylawfirm.com
e-service@printylawfirm.com
*Attorney for Plaintiff*